UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
                                      :
UNITED STATES OF AMERICA              :    GOVERNMENT'S FORFEITURE
                                      :    BILL OF PARTICULARS
                                      :    <u>21 U.S.C. § 853</u>
         -v-                          :
                                      :
MIGUEL GUERRERO,                      :    S2 07 Cr. 248 (RJH)
   a/k/a "Luis Noel Torres Rosa,"     :
   a/k/a "Jose Melo,"                 :
   a/k/a "Papi,"                      :
   a/k/a "Tio,"                       :
   a/k/a "Carlos,"                    :
REUBEN ALVAREZ,                       :
   a/k/a "Dae,"                       :
   a/k/a "Estos Brown,"               :
ALFRED GLOVER,                        :
   a/k/a "James,"                     :
   a/k/a "Broadway,"                  :
DOUGLAS BOND,                         :
   a/k/a "Moe," and                   :
MARCUS GLOVER,                        :
   a/k/a "Mike,"                      :
                                      :
         Defendants.                  :
                                      :
- - - - - - - - - - - - - - - - - - -x

       Pursuant to *United States v. Grammatikos*, 633 F.2d 1013, 1024 (2d Cir. 1980), the Government respectfully gives notice that the property subject to forfeiture as a result of the commission of the controlled substance offense described in Count

One of the Indictment, as alleged in the Forfeiture Allegation, also includes the following:

>One 2004 Red Honda Accord VIN #1HGCM72524A022554.

Dated:  New York, New York
        July 23, 2007

                            Respectfully Submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                        By:_____/s/_____
                            JESSE M. FURMAN
                            Assistant United States Attorney
                            Telephone: (212)637-2475