```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____            │
│ DATE FILED: 8/8/07          │
└─────────────────────────────┘
```

**ELLYN I. BANK**
Attorney At Law
30 Vesey Street, Suite 100
New York, New York 10007

212-571-3980
FAX 212-962-9696

August 6, 2007



AUG - 7 2007

RICHARD J. HOLWELL

VIA FACSIMILE (212 805 7948)

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re: United States v. Guerrero et al., 07 Cr. 248 (RJH)

Dear Judge Holwell:

    I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor modify Mr. Bond's pretrial release conditions to permit him to travel to Philadelphia, Pennsylvania on August 18, 2007. PSO Marsha Calhoun does not object to the requested travel. In addition, AUSA Jesse Furman does not object to this request.

    The reason for this request is because Mr. Bond would like to attend a close friend's 40th birthday celebration party which is taking place at Haru Sushi, 241-243 Chestnut Street, Philadelphia, PA. He would be leaving New York in the early evening of August 18th and then returning to New York the morning of August 19th.

    Accordingly, it is respectfully requested that his pretrial release conditions be modified to permit this travel to Pennsylvania. on August 18 - 19, 2007

    I thank Your Honor for your time and attention with this request.

So ORDERED
R. Holwell
USDJ 8/8/07

Respectfully,

Ellyn Bank / by [signature]
Ellyn I. Bank, Esq.

cc:    AUSA Jesse Furman (via fax 212 637 2527)