**ELLYN I. BANK**
Attorney At Law
30 Vesey Street, Suite 100
New York, New York 10007



212-571-3980
FAX 212-962-9696

August 14, 2007

VIA FACSIMILE (212 805 7948)
Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re: United States v. Guerrero et al., 07 Cr. 248 (RJH)

Dear Judge Holwell:

I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor modify Mr. Bond's pretrial release conditions to permit him to travel to New Jersey on August 15, 2007 and on occasions thereafter as required for his work. AUSA Ariana Berg has been apprised of this request.

The reason for this request is because Mr. Bond works for a company called Advanced Parking where he usually parks cars at the Range Rover dealership in Manhattan. However, Advanced Parking informed Mr. Bond last night that he is required to go to The Atrium Palace, which is located at 1512 Palisades Avenue, Paramus, New Jersey on August 15, 2007 to work there for the day. A required training course begins at 6:00am and Mr. Bond is expected to work from 11:00am until 7:00pm. In addition, because it is highly likely that Mr. Bond will have to work in New Jersey area again with little or no notice, I request that his bond conditions be expanded to include work-travel to New Jersey without prior approval.

Accordingly, it is respectfully requested that Mr. Bond's pretrial release conditions be modified to permit regular travel to New Jersey as required for his job.

I thank Your Honor for your time and attention with this request.

*Application Granted*
*SO ORDERED*

Respectfully,

Ellyn Bank / by James C. ...
Ellyn I. Bank, Esq.

cc: AUSA Ariana Berg (via fax 212 637 2527)

USDJ
8/14/07