## CERTIFICATE OF SERVICE

ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

That on November 5, 2007, she caused one copy of a Bill of Particulars, dated November 5, 2007, to be delivered by ECF and regular mail to:

Margaret M. Shalley, Esq.
Fasulo, Shalley & DiMaggio, LLP
225 Broadway, Suite 715
New York, New York 10007

Jeffrey G. Pittell, Esq.
299 East Shore Road
Great Neck, New York 11023

Neil Bruce Checkman, Esq.
Law Offices of Neil B. Checkman
111 Broadway, Suite 1305
New York, New York 10007

Winston Lee, Esq.
20 Vesey Street, Suite 400
New York, New York 10007

Ellyn I. Bank, Esq.
225 Broadway, Suite 715
New York, New York 10007

Nancy L. N. Ennis, Esq.
Quijano & Ennis
381 Park Avenue South, Suite 701
New York, New York 10016

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          November 5, 2007


_____
ANNA E. ARREOLA
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2218