

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07

**ELLYN I. BANK**
Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

November 14, 2007

VIA FACSIMILE (212 805 7948)

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

Re: United States v. Guerrero et al., 07 Cr. 248 (RJH)

Dear Judge Holwell:

    I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor modify Mr. Bond's pretrial release conditions to permit him to travel to Atlantic City, New Jersey from December 15, 2007 until December 17, 2007 to celebrate his birthday. AUSA Ariana Berg has been apprised of this request.

    Accordingly, it is respectfully requested that Mr. Bond's pretrial release conditions be modified to permit him to travel to New Jersey for two days.

*Application Granted*
*SO ORDERED*
*RJH*
*USDJ 11/20/07*

Respectfully,

Ellyn I. Bank, Esq.
Attorney for Douglas Bond

cc: AUSA Ariana Berg (via fax 212 637 2527)