**ELLYN I. BANK**
Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/08

212-385-1800
FAX 212-566-8165

February 4, 2008

<u>VIA FACSIMILE (212 805 7948)</u>

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007



FEB - 6 2008

CHAMBERS OF
RICHARD J. HOLWELL

Re: <u>United States v. Guerrero et al., 07 Cr. 248 (RJH)</u>

Dear Judge Holwell:

I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor modify Mr. Bond's pretrial release conditions to permit him to travel to Virginia Beach, Virginia, to visit his daughter who resides there. AUSA Ariana Berg has been apprised of this request.

Mr. Bond will be staying with his daughter while there. He requests to travel from February 28, 2008 to March 2, 2008.

Accordingly, it is respectfully requested that Mr. Bond's pretrial release conditions be modified to permit him to travel to Virginia for three days.

*Application Granted*
*SO. ORDERED*

Respectfully,

Ellyn I. Bank, Esq.
Attorney for Douglas Bond

*US DJ 2/14/08*

cc:   AUSA Ariana Berg (via fax 212 637 2527)