# ELLYN I. BANK
### Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

March 28, 2008

VIA FACSIMILE (212 805 7948)

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/2/08]

Re: United States v. Guerrero et al., 07 Cr. 248 (RJH)

Dear Judge Holwell:

    I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor permit Mr. Bond to travel to Atlantic City, New Jersey on April 26, 2008 and returning April 27, 2008. AUSA Arianna Berg consents to this request.

    Mr. Bond will be departing around 6:00 p.m. on April 26 and returning the afternoon of April 27. While there, he is not planning to stay at a hotel as he will only be there a short time. He will, however, be in contact through his cell phone, (646) 957-5176, if necessary.

    Accordingly, it is respectfully requested that he be permitted to travel to Atlantic City, NJ.

    I thank Your Honor for your time and attention with this request.

Respectfully,

Ellyn I. Bank, Esq.

*[Handwritten: Application Granted. So ORDERED. [signature] US DJ 3/31/08]*

cc: AUSA Arianna Berg (via fax 212 637 2527)