# ELLYN I. BANK
### Attorney At Law
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

May 16, 2008

VIA FACSIMILE (212 805 7948)

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007



Re: United States v. Guerrero et al., 07 Cr. 248 (RJH)

Dear Judge Holwell:

I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor permit Mr. Bond to travel to Atlantic City, New Jersey on May 31, 2008 and returning June 2, 2008. AUSA Arianna Berg and PSO Joshua Rothman consent to this request.

Saturday, May 31, 2008 he will be in Atlantic City, and Sunday, June 1, 2008 he is attending a concert at Giants Stadium in East Rutherford, New Jersey. While there, he will be staying at a local hotel and he will be in contact through his cell phone, (646) 957-5176, if necessary.

Accordingly, it is respectfully requested that he be permitted to travel to Atlantic City, NJ.

I thank Your Honor for your time and attention with this request.

SO ORDERED

/s/ USDJ 5/21/08

Respectfully,

Ellyn I. Bank, Esq.

cc: AUSA Arianna Berg (via fax 212 637 2527)
PSO Joshua Rothman (via fax 212 805 4171)