# ELLYN I. BANK
**Attorney At Law**
225 Broadway, Suite 715
New York, New York 10007

212-385-1800
FAX 212-566-8165

July 31, 2008

VIA FACSIMILE (212 805 7948)

Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17B
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 8/7/08

Re: United States v. Guerrero et al., 07 Cr. 248 (RJH)

Dear Judge Holwell:

I represent the defendant, Douglas Bond, with respect to the above captioned case. I respectfully request that Your Honor permit Mr. Bond to travel to Atlantic City, New Jersey, from August 23, 2008 to August 24, 2008. AUSA Arianna Berg consents to this request.

Mr. Bond is travelling to Atlantic City for vacation. He will be leaving the day of August 23, 2008, and returning the next day, August 24, 2008, so that he can go to work that evening. He will be in contact through his cell phone at 646-957-2299 while he is in Atlantic City.

Accordingly, it is respectfully requested that Mr. Bond be permitted to travel to Atlantic City, New Jersey for one day.

*Application Granted*
*SO ORDERED*
*[signature]*
*USDJ 8/7/08*

Respectfully,
Ellyn Bank /SE
Ellyn I. Bank, Esq.
Attorney for Douglas Bond

cc: AUSA Arianna Berg (via fax 212 637 2527)